IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

KEITH ANDERSON,

    Plaintiff,

v.                                                                    No. 15-cv-0844 SMV/LAM

FREEPORT-MCMORAN, INC.,

    Defendant.

## ORDER FOR STATUS REPORT

THIS MATTER is before the Court sua sponte. The case was stayed on February 17, 2016, pending arbitration. Since February, nothing further has been filed on the record. Counsel must file a report addressing the status arbitration no later than **September 21, 2016.**

    **IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**
**Presiding by Consent**